# EXHIBIT F

2:13-cr-20772-GAD-DRG Doc # 67-7 Filed 08/01/14 Pg 1 of 2 Pg ID 660

OF-6

**FORM-B**

**The subject: Testimony on authenticity of foreign public domain documents.**

I [Name] Ehud Basani [h/w] am hereby testifying, while being aware that criminal punishment will be applied to me in the event I'll make a false statement or testimony, that my position in the **Government/Police**(circled) / **Other*]. [h/w] Police.** [State] Israel is [official title],investigator in the Israeli Police and in such capacity I am authorized by the law of [State] Israel, to attest that the documents attached and described below, are true and exact copies of the originals of official records that were entered or filed with [name of an Office or Agency] IDF [h/w] which is an Agency or Administration of the Government of [state] Israel.

Documents description:

(h/w) Photocopy of investigation +Court files of Rasmieh Odeh's+ others' , discovered in IDF's archives.

Signature: Hand- signature

Title: 8/5/11

Date: Investigator, Israeli Police

*Scratch off the unnecessary. In case of "Other" describe the Agency.

H/W [Eng]: Left Side of folder

000192