UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 13-cr-20772
    HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

    Defendant.

_____/

### ORDER REGARDING OVERFLOW COURTROOM CHANGE FOR OCTOBER 21, 2014 HEARING

On October 9, 2014, this Court entered an Order granting Defendant's Application for an Overflow Courtroom. *See* Dkt. No. 102. Since the filing of the Court's Order, circumstances have changed and Room 115 is no longer available for overflow seating. As such, the new location for overflow seating will be in Room 861.

    SO ORDERED.


Dated: October 16, 2014                    /s/Gershwin A Drain
                                                            GERSHWIN A. DRAIN
                                                            UNITED STATES DISTRICT JUDGE